**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN R.G. CANDLER, | No.  1:25-cv-01409 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| ABRAM CARO, | (Doc. 17) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On December 15, 2025, the assigned magistrate judge issued Findings and Recommendations recommending dismissal of the action as duplicative of case no. 1:24-cv-00301-KES-SAB (PC).  (Doc. 17.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within fourteen days and advised that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff filed objections, (Doc. 19), but they do not meaningfully address the duplicative nature of this lawsuit.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this entire

1

record, including the objections, and concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued December 15, 2025 (Doc. 17) are **ADOPTED** in full.

2. The instant action is dismissed as duplicative.

IT IS SO ORDERED.

Dated:    **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2